WILLIAM E. S. DYER v. THE J. Y. J. CORPORATION.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

GUSTAVE CERF v. UNITED STATES TITLE GUARANTY COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

EMPIRE TRUST COMPANY v. PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

THE ROBERT DOLLAR COMPANY v. CANADIAN CAR AND FOUNDRY COMPANY, LTD.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

JOHN J. DILLON, as Commissioner, etc., v. SWIFT & COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

In the Matter of JACOB LEON BRANDMARKER, an Attorney.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ. Order to be settled on notice.

WILLIAM P. FOGARTY v. HUGH E. O'REILLY, as Administrator, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

THE WATERBURY-WALLACE COMPANY, INC., Respondent, v. JAMES R. G. IVEY, Appellant. (Action No. 1.) THE WATERBURY-WALLACE COMPANY, INC., Respondent, v. JAMES R. G. IVEY, Appellant. (Action No. 2.) — Determinations affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith and Shearn, JJ.

In the Matter of WILLOUGHBY B. DOBBS, an Attorney.— Motion for reinstatement granted. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ. Order to be settled on notice.

GABRIELLE M. McQUAIDE, Suing on Her Own Behalf, etc., Appellant, v. EDWARD S. PEROT, Individually and as Trustee, etc., and Another, Respondents, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.; Scott, J., dissented.

ROBERT C. McCORMICK, Respondent, v. JOSEPH WALKER, JR., and Another, as Executors, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

In the Matter of GEORGE A. HAINES, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

THE RECTOR, CHURCH WARDENS and VESTRYMEN OF ST. ANN'S CHURCH